UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MURRAY | : |
| | : Civil Action No.: 13-3258 |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| WIND GAP BOROUGH *et al.* | : |
| | : |
| Defendants | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action hereby stipulate and agree by and through respective undersigned counsel as follows. Plaintiff, Christopher Murray wishes to voluntarily withdraw this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendants, Wind Gap Borough, Police Officer Arron Flad, Pen Argyl Borough and Police Officer Shannon Young have agreed to permit Plaintiff to voluntarily withdraw this action. The withdrawal of this action is not being done pursuant to a settlement. The parties therefore stipulate and that the above action be withdrawn and dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

_____
Adam D. Meshkov, Esquire
Meshkov & Breslin
830 Lehigh St.
Easton, PA 18042

Attorney for Plaintiff
Christopher Murray

Date: 6/25/14

_____
Rufus A. Jennings, Esquire
Deasey, Mahoney, Valentini & North
1601 Market Street, Suite 3400
Philadelphia, PA 19103

Attorney for Defendants Wind Gap
Borough and Police Officer Arron Flad

Date: 6/25/14

1

*[signature]*

Susan Ellis Wild, Esquire
Gross-McGinley
33 South 7th Street
P.O. Box 4060
Allentown, PA 18105

Attorney for Defendants Pen
Argyl Borough and Police Officer
Shannon Young

Date: 6/25/2014